```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   WARREN MATHEW GIDDINGS,                                 :
                           Plaintiff,                      :
                  v.                                       :       23-CV-7241 (JPO)
                                                           :
   UNITED STATES,                                          :       ORDER
                           Defendant.                      :
-----------------------------------------------------------X
```

J. PAUL OETKEN, District Judge:

    Plaintiff, who is appearing *pro se*, brings this action under the Federal Tort Claims Act. The United States filed a motion to dismiss on March 4, 2024.  This Court's Individual Practices in Pro Se Cases require a Plaintiff to file an opposition brief, which is a brief making legal arguments against Defendants' motion, within four weeks of the date he is served with Defendants' motion papers.  Plaintiff has not filed an opposition, and the U.S. Postal Service returned the mailing in which the United States served Plaintiff the motion to dismiss and the supporting documents.  Plaintiff has also failed to notify the Court of a change in address.

    Plaintiff is directed to advise the Court in writing why he has failed to respond to the motion to dismiss and notify the Court of a change in address.  If no written communication is received by May 20, 2024, showing good cause why he failed to respond to the motion to dismiss and has failed to maintain a current address with the Court, this case will be dismissed for failure to prosecute.

SO ORDERED.

Dated: April 29, 2024
       New York, New York

                                                                     J. PAUL OETKEN
                                                                    United States District Judge